FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0743

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0743

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOSHUA JAMES HENRY,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 31, 2023, to prepare, file, and serve the Appellant's opening brief.

2-22-23